# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel:  (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Demian A. Ordway*
*(646) 837-5159*
*dordway@hsgllp.com*

May 4, 2026

**VIA ECF; EMAIL**

The Honorable John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

> Re:   *Potayto-Potahto, LLC, et al. v. Visa Inc., et al.*, No. 26-cv-3245 (JPC) (S.D.N.Y) –
> Defendants' Unopposed Letter Motion to Stay Case

Dear Judge Cronan,

I write on behalf of all Defendants to request a stay pending final resolution of the motion Plaintiffs concurrently filed in 05-MD-1720 (E.D.N.Y.) (BMC) (JAM) ("MDL 1720") and described below.  The parties have met and conferred, and Plaintiffs consent to the stay.

Plaintiffs' suit is related to a Rule 23(b)(3) class action (the "Original Class") filed and subsequently settled in MDL 1720.  Like the Original Class, as well as other actions consolidated in MDL 1720, Plaintiffs are merchants that allege Defendants violated the antitrust laws by entering into agreements relating to or impacting payment card fees.  Based on the overlap in the allegations, Defendants recently filed a Notice of "Tag-Along" Action with the Judicial Panel on Multidistrict Litigation requesting that this matter be transferred to the Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL 1720.

As relevant here, in their complaint Plaintiffs seek a declaration that certain of the release provisions in the Original Class's settlement agreement are invalid and unenforceable.  Because the MDL 1720 Court retained jurisdiction "to implement, administer, consummate, and enforce" the Original Class's settlement agreement,[1] Plaintiffs are pursuing that relief via motion for partial summary judgment in MDL 1720.  *See* MDL 1720, Dkt. 9835 (the "Motion").  Given the

---

[1] *See* MDL 1720, Dkt. 7257-2 (Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants).

nature of the issues, the adjudication of that Motion may be dispositive of Plaintiffs' claims in this case, as all parties to this suit acknowledge.

Moreover, as all parties to this suit also acknowledge, the Original Class's settlement agreement provides that Defendants are entitled to an "immediate stay" of any "suit, action, or proceeding" in which the provisions of the settlement agreement are asserted as grounds "for a defense, in whole or in part, to any claim or cause of action."  *See* MDL 1720, Dkt. 7257-2 ¶ 68; *see also id.* ¶ 29 ("The Court stays all further proceedings in this Action as between . . . any other plaintiff in a putative class action consolidated in MDL 1720 and the Defendants . . . .").

In view of this posture, Defendants, with the consent of Plaintiffs, respectfully request that the Court stay this case pending final resolution of Plaintiff's Motion filed in MDL 1720.

The Court stays all deadlines in this case until resolution of Plaintiff's motion in No. 05-MD-1720 (E.D.N.Y.) (BMC) (JAM) or further order of the Court.  No later than September 8, 2026, the parties should submit a status update.

SO ORDERED
May 13, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

**HOLWELL SHUSTER & GOLDBERG LLP**

/s/ *Demian A. Ordway*
Demian A. Ordway
Michael S. Shuster
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
dordway@hsgllp.com
mshuster@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Matthew A. Eisenstein
Anne P. Davis
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ *William B. Michael*
William B. Michael

2

Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

cc: All counsel of record (via ECF)

3